2536, 2537. HANSFORD *v.* NATIONAL BANK OF TIFTON, and *vice versa.*

HILL, C. J. The plaintiff did not prove the allegations of his petition as laid, and the court did not err in granting a nonsuit.

*Judgment affirmed. Cross-bill of exceptions dismissed.*

DECIDED SEPTEMBER 28, 1910.

Action for malicious prosecution; from city court of Tifton — Judge Eve. February 9, 1910.

*C. C. Hall, Claude Payton, C. E. Hay,* for Hansford.

*Hendricks & Christian, Fulwood & Murray,* contra.